August 5, 2015

Clerk of Court
Texas Court of Criminal Appeals
201 E. 14th St,
Austin, Texas 78201

RE: Wade Eugene Dub
- VS -
State of Texas
14-14-00465-CR
T.C. Case # 1380494

To The Clerk of Court:

Please consider this correspondance
a timely request for an extension
of 30 days to file A
"Petition For Discretionary Review"

Respectfully
Submitted
WADE E Dub
Appellant
# 00373459
6CZ
1200 Baker St,
Houston Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

ES0085-01-07

## CASE: 14-14-00465-CR

| | |
|---|---|
| DATE FILED: | 06/13/2014 |
| CASE TYPE: | AGGRAVATED ASSAULT |
| STYLE: | WADE EUGENE DIX |
| V.: | THE STATE OF TEXAS |
| ORIG PROC: | NO |
| TRANSFER FROM: | |
| TRANSFER IN: | |
| TRANSFER CASE: | |
| TRANSFER TO: | |
| TRANSFER OUT: | |
| PUB SERVICE: | |

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT |
|---|---|---|---|
| 01/27/2015 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | STATE | BRIEF [ PDF/347 KB ]  NOTICE [ PDF/98 KB ] |
| 11/10/2014 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | APPELLANT | BRIEF [ PDF/134 KB ]  NOTICE [ PDF/98 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 04/02/2015 | SUBMITTED | | | |
| 02/23/2015 | SET FOR SUBMISSION ON BRIEFS | | | NOTICE [ PDF/91 KB ] |
| 02/10/2015 | STATE BRIEF DUE | | | |
| 01/27/2015 | BRIEF FILED - ORAL ARGUMENT NOT REQUESTED | STATE | | BRIEF [ PDF/347 KB ]  NOTICE [ PDF/98 KB ] |
| 01/27/2015 | CASE READY TO BE SET | | | |
| 12/29/2014 | RESPONSE DUE | | | |

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Wade Dix

SPN: 00313458

Street: 700 Baker

Cell: _____

Houston, Texas 77002

# INDIGENT

HCSO

U.S. POSTAGE >> PITNEY BOWES



ZIP 77002
02 1W
0001374179 AUG 06 2015

$ 000.48⁵

78701811445

Clerk of Court
Court of Criminal Appeals
201 E. 14th St.
Austin, Texas 78701